No. 04–69.  BERNARDO ET AL. v. PLANNED PARENTHOOD FEDERATION OF AMERICA ET AL.  Ct. App. Cal., 4th App. Dist.,

Div. 1. Certiorari denied.